UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cr-00050-TWP-DML |
| | ) |
| MARVIN GOLDEN, | ) |
| | ) -01 |
| | ) |
| Defendant. | ) |

**Order Appointing Indiana Federal Defender and Staying Proceedings**

**I.**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under the First Step Act of 2018. Dkt. 48. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may be eligible for compassionate release from incarceration or a sentence reduction under the First Step Act. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for the Defendant to pursue the claim stated in the motion and any other viable claims under the First Step Act. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order. Should the Indiana Federal Community Defender be unable to represent the Defendant for this purpose, substitute Criminal Justice Act counsel may file a motion to appear on defendant's behalf pursuant to 18 U.S.C. § 3006A(c) (representation may be furnished for financially eligible persons in "ancillary matters appropriate to the proceedings").

## II.

Pending counsel's review and analysis of the Defendant's eligibility for relief under the First Step Act, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when counsel files an Amended Motion for Compassionate Release on the Defendant's behalf or adopts Defendant's previously-filed Motion (by notifying the Court and filing a motion to lift the stay), a Stipulation to Reduction of Sentence is filed, or the Court grants counsel's motion to withdraw from the Defendant's case.

**IT IS SO ORDERED.**

Date:  5/21/2020

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Marvin Golden
Reg. No. 12261-028
FCI Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

All Electronically Registered Counsel

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

United States Attorney's Office
Attn: Bob Wood
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048